**Order entered May 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01745-CV

## MEMKING RECYCLING GROUP LLC AND JOHN PATERSON, Appellants

## V.

## ABINGTON RELDAN METALS, LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03750-E**

## ORDER

We **GRANT** appellee's May 16, 2014 second agreed motion for extension of time to file brief and **ORDER** the brief be filed no later than June 23, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE